```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16708
   KENNY S FRANCIS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-5602


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/18/06 and confirmed on 03/15/07.

     2.  The case was dismissed after confirmation, 10/19/2007.

     3.  The Debtor paid a total of $   1570.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE         .00            .00            .00
HARLEM FURNITURE           SECURED            500.00            .83         500.00
CAB SERVICES INC           UNSECURED        NOT FILED           .00            .00
FUTURE DIAGNOSTICS GROUP   UNSECURED           358.00           .00            .00
WEST SUBURBAN MEDICAL CE   UNSECURED          1494.94           .00            .00
IMBS                       UNSECURED        NOT FILED           .00            .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED           .00            .00
PRARIE EMERGENCY SERVICE   UNSECURED           538.00           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          3370.59           .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    500.00          .00      5761.53         .00       6261.53
PRINCIPAL PAID        500.00          .00           .00        .00        500.00
INTEREST PAID            .83          .00           .00        .00            .83
TOTAL PAID            500.83          .00           .00        .00        500.83
The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2500.00
and was paid $    500.00  direct and $   1007.59  through the plan.

The Trustee received $     61.58 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 12/10/08

/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE