```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16708
  KENNY S FRANCIS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-5602
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/18/06 and confirmed on 03/15/07.

   2.  The case was dismissed after confirmation, 10/19/2007.

   3.  The Debtor paid a total of $   1570.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| HARLEM FURNITURE | SECURED | 500.00 | .83 | 500.00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| FUTURE DIAGNOSTICS GROUP | UNSECURED | 358.00 | .00 | .00 |
| WEST SUBURBAN MEDICAL CE | UNSECURED | 1494.94 | .00 | .00 |
| IMBS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PRARIE EMERGENCY SERVICE | UNSECURED | 538.00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 3370.59 | .00 | .00 |

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 500.00 | .00 | 5761.53 | .00 | 6261.53 |
| PRINCIPAL PAID | 500.00 | .00 | .00 | .00 | 500.00 |
| INTEREST PAID | .83 | .00 | .00 | .00 | .83 |
| TOTAL PAID | 500.83 | .00 | .00 | .00 | 500.83 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2500.00
and was paid $    500.00  direct and $   1007.59  through the plan.

The Trustee received $     61.58 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 02/14/08
/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 16708 KENNY S FRANCIS